# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-288-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING SECOND EXTENSION OF TIME TO RESPOND TO PETITION FOR WRIT OF ERROR CORAM NOBIS |
| LADON MCCLELLAN, | ) | |
| Defendant. | ) | |

Based on the pending application of the Government, and good cause appearing,

**IT IS THEREFORE ORDERED** that the that the Government's response to Defendant's petition for writ of coram nobis is due November 11, 2012.

**DATED:** this _ 22nd day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

3